UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| CESAR GARCIA-MAYA,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No. 2:26-cv-01658-MMD-MDC<br>ORDER |

Petitioner Cesar Garcia-Maya, an immigration detainee challenging the lawfulness of his federal detention at Nevada Southern Detention Center, filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1-1.)

Garcia-Maya filed another § 2241 habeas petition challenging his immigration detention. *See Garcia-Maya v. Knight*, Case No. 2:26-cv-01513-RFB-BNW. Judge Boulware granted his petition in that case and ordered Petitioner released. *See id.* at ECF No. 16. The Court will therefore dismiss this action, without prejudice, as duplicative.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court is directed to close this case.

DATED THIS 5th Day of October, 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE